EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT IF FLORIDA

PATRICIA KENNEDY,

    Plaintiff,

v.                               Case No: 2:17-cv-14098-KAM

CAPTAIN HIRAM'S HOTEL NORTH, LLC,

    Defendant,
_____/

STATEMENT OF PATRICIA KENNEDY
MADE PURSUANT TO 28 U.S.C. 1746

1. My name is Patricia Kennedy. Except as is specifically stated below or as may be obvious from the context, I have personal knowledge of the matters set forth.

2. I am over the age of eighteen and competent to testify.

3. As the result of a spinal injury I suffered in automobile accident, I am unable to engage in the major life activity of walking more than a few steps without assistive devices and cannot stand unassisted. I must use a wheelchair, a cane, or other support. I have only limited use of my hands as well. My disability notwithstanding, I go grocery shopping, shop for clothes, go out to eat, and do all of the other things able bodied individuals do. I live in Tamarac, Florida and frequently travel throughout Florida's East Coast.

4. I am an advocate on behalf of both myself and other similarly situated disabled persons and consider myself a tester. As a tester, I visit various places of public accommodation to ascertain whether they are in compliance with the Americans With Disabilities Act. In the

event that they are not, I request that a law suit be filed to bring the place into compliance with the ADA so that I and other disabled persons can use it. If a law suit is filed to bring the facility into compliance, I subsequently revisit each property to ascertain whether the ADA violations have been fixed.

5. Prior to the filing of this law suit, specifically on January 31, 2017, I visited the Best Western Plus Sebastian Hotel & Suites located at 1665 U.S. 1, Sebastian, Florida. While there, I encountered various ADA violations which served as barriers to access, discriminated against me on the basis of my disability, and also segregated me from the able bodied public on the basis of my disability. The barriers I encountered or of which I was aware at the property included the lack of compliant, accessible route connecting the disabled parking spaces with all the goods, services and facilities of the property. There was a lack of sufficient maneuvering space, lack of required clear floor spaces, and obstructions. There were an insufficient number of compliant parking spaces and access aisles\, with lack of compliant signage. There is a lack of compliant, accessible route connecting the disabled parking spaces with all the goods, services and facilities of the property, with insufficient maneuvering space, lack of required clear floor spaces, obstructions. There were non-compliant restrooms, with missing grab bars, inaccessible commodes, and non-compliant door hardware. There was an insufficient number of designated accessible guest rooms. At least one of those rooms lacked sufficient maneuvering space, lacked the required clear floor spaces, had obstructions, improperly located amenities, and inaccessible commodes. There were no compliant grab bars, flush controls were on wrong side, there were non-compliant doorways, with insufficient door clearance, non-compliant tub/showers, inaccessible sinks, and improperly wrapped pipes.

6. From what I saw, it appeared that the Defendants failed to adhere to a policy and procedure to afford goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities and that accessible features and equipment were not properly maintained.

7. Prior to the filing of this case, I have also seen a series of photographs depicting some of the conditions I encountered.

8. I have also seen a report prepared by Carlos Herrera stating that it is based on photographs and measurements provided by the Plaintiff. That report lists the violations I encountered or of which I was aware at the time of filing this case. The photographs included in that report accurately depict those violations.

9. As stated above, I frequently travel throughout Florida's East Coast including Indian River County. Sometimes, I am in Indian River County as often as twice a month.

10. I presently plan on returning to Indian River County frequently within the next few months. It is my intention to return to the hotel in the near future to avail myself of the goods and services made available, and to determine whether or not the Defendant has finally decided to stop discriminating against the disabled.

11. I am aware that one of the purposes of the ADA was to eliminate discrimination against the disabled on a nation wide basis. I do not like being discriminated against, segregated from the able bodied public, and treated like a second class citizen. I will not tolerate being told that I cannot go places and do things that the able bodied can do. Because of the dismal state of non-compliance I encountered, I know that attempting to return and be able to access the service station and avail myself of the goods and services available would be an exercise in futility. That notwithstanding, I fully intend to return again in the near future to avail myself of the goods and

has finally decided to stop discriminating against the disabled.

Pursuant to 28 U.S.C. 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

8-30-2017
_____
Date

_Patricia L. Kennedy_
_____
Patricia Kennedy