UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-14048-cv-KAM

**MEDIATION REPORT**

Patricia Kennedy,

    Plaintiff(s),

vs

Captain Hiram's Hotel North, LLC,

    Defendant(s).
_____/

The undersigned, Martin A Soll, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: September 19, 2017. The results of the mediation conference are as follows:

    [X] All required parties were present

    [ ] The following required parties were not present:
_____

    [ ] An agreement was reached. **Settlement Agreement Attached.**

    [X] A **confidential** settlement agreement was reached.

    [ ] No agreement was reached.

    [ ] The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

    [ ] The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

    [ ] Other: _____

Respectfully Submitted:

*/s/ Martin A. Soll*  9/22/17

Martin A Soll, Esq.
Florida Bar No.: 150320
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel