UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14048-CIV-MARRA/LYNCH

PATRICIA KENNEDY, individually,

Plaintiff,

vs.

CAPTAIN HIRAM'S HOTEL NORTH, LLC,

Defendant.
_____/

**ORDER**

This cause is before the Court *sua sponte*.

On September 27, 2017, the assigned mediator filed a report, indicating the case settled at mediator. (DE 29.) To date, the parties have not filed a stipulation of dismissal.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall file their stipulation or a status report **no later than November 17, 2017.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of November, 2017.

_____
KENNETH A. MARRA
United States District Judge