UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PATRICIA KENNEDY**,

    Plaintiff,

v.                                                                Case No: 2:17-cv-14048-KAM

**CAPTAIN HIRAM'S HOTEL NORTH, LLC,**

    Defendant,
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    The Parties, through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), *Fed.R.Civ.P*., hereby stipulate to the dismissal of this case with prejudice. Each party is to bear their own attorney's fees and costs.

November 6, 2017

        */s/Philip Michael Cullen, III*
        Fla. Bar No: 167853
        Thomas B. Bacon, P.A.
        621 S. Federal Highway, Suite Four
        Fort Lauderdale, Florida 33301
        Telephone: (954) 462-0600
        Facsimile: (954) 462-1717
        e-mail: cullen@thomasbaconlaw.com

        */s/ James K. Parker*
        **JAMES K. PARKER, ESQ.**
        Florida Bar No. 157526
        jparker@boydlawgroup.com
        **YVETTE R. LAVELLE, ESQ.**
        Florida Bar No. 48107
        ylavelle@boydlawgroup.com
        **BOYD RICHARDS PARKER & COLONNELLI, P.L.**
        100 S.E. 2nd Street, Suite 2600
        Miami, Florida 33131
        Tel: 786-425-1045
        Fax: 786-425-3905
        E-Service: ServiceMia@boydlawgroup.com