UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14048-CIV-MARRA/LYNCH

PATRICIA KENNEDY, individually,

Plaintiff,

vs.

CAPTAIN HIRAM'S HOTEL NORTH, LLC,

Defendant.
_____/

## ORDER

This cause is before the Court upon the parties' Stipulation of Dismissal with Prejudice (DE 31). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed with prejudice. The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of November, 2017.

_____
KENNETH A. MARRA
United States District Judge